Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

■

MURRAY DULBERG, Respondent, v. HUGO MOCK et al., Doing Business under the Name of MOCK & BLUM, Appellants.—

Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

■

MALCOLM QUICK, an Infant, by His Guardian ad Litem, NAOMI QUICK, et al., Appellants-Respondents, v. MYRENA REALTY CORPORATION, Respondent-Appellant.—

Order unanimously affirmed. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ.

■

GEORGE SCHLOSSBERG, Respondent, v. IRVING SCHLOSSBERG et al., Appellants.